# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
# PHILADELPHIA DIVISION

| | |
|---|---|
| In re:<br><br>Taynia Prosser,<br>                  Debtor<br><br>NewRez LLC d/b/a Shellpoint Mortgage Servicing<br>                  Movant<br>     v.<br>Taynia Prosser<br>                  Debtor/Respondent<br>William C. Miller, III, Esquire<br>                  Trustee/Respondent | Bankruptcy No. 2:20-bk-12680<br><br>Chapter 13<br><br>Related to Doc. No. 2 |

## **U.S. BANK'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

Secured creditor, NewRez LLC d/b/a Shellpoint Mortgage Servicing, ("NewRez") by and through its undersigned counsel, hereby objects to the proposed Chapter 13 Plan of Debtor, Taynia Prosser, and in support thereof alleges as follows:

1. Debtor, Taynia Prosser ("Debtor"), filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on June 18, 2020.

2. NewRez holds a security interest in the Debtor's real property located at 4901 N. Lawrence ST., Philadelphia, PA 19120 (the "Property"), by virtue of a Mortgage recorded with the Dauphin County Recorder of Deeds on June 25, 2009 instrument number 52081942.

3. Said Mortgage secures a Note in the amount of $56,216.00.

4. On July 10, 2020, NewRez filed its Proof of Claim as a secured creditor in

the total amount of $47,203.98.  A true and correct copy of the Proof of Claim (with all supporting documents) is attached hereto as Exhibit "A."

5.  The Proof of Claim further sets forth and itemizes a pre-petition arrearage of $2,673.17. <u>See</u> Exhibit "A."

6.  On June 18, 2020, Debtor filed a Chapter 13 Plan (the "Plan").  A true and correct copy of the Plan is attached hereto as Exhibit "B."

7.  The Plan fails to account for the full pre-petition arrearage of $2,673.17 as it fails to state a total sum of $2,673.17, that will be paid to Secured Creditor through the Plan. <u>See</u> Exhibit "B."

8.  Thus, the Plan is understated as it does not accurately reflect the amount of the pre-petition arrearage which will be paid through the Chapter 13 Trustee's Office.

9.  Accordingly, pursuant to 11 U.S.C.A. § 1325(a)(5) NewRez hereby objects to Debtor's proposed Plan due to the fact that the value of the property to be distributed thereunder will be less than the allowed amount under the claim. <u>See</u> 11 U.S.C.A. § 1325(a)(5)(B)(ii).

WHEREFORE, Movant, NewRez LLC d/b/a Shellpoint Mortgage Servicing , respectfully requests that this Court not confirm the Chapter 13 Plan of Debtor, Taynia Prosser.

Robertson, Anschutz, Schneid & Crane LLC
Attorney for Secured Creditor
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Telephone: 470-321-7112
Facsimile: 404-393-1425

By: <u>/s/Charles Wohlrab</u>
Charles Wohlrab, Esquire
Pennsylvania Bar Number 314532

Email: CWohlrab@rascrane.com

Date: July 20, 2020

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| In re: | |
|---|---|

| | |
|---|---|
| Taynia Prosser,<br>     Debtor<br><br>NewRez LLC d/b/a Shellpoint Mortgage Servicing<br>     Movant<br>  v.<br>Taynia Prosser<br>     Debtor/Respondent<br>William C. Miller, III, Esquire<br>     Trustee/Respondent | Bankruptcy No. 2:20-bk-12680<br><br>Chapter 13<br><br>Related to Doc. No. 2 |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 20, 2020, I caused to be electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

BRAD J. SADEK
Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 19107

Taynia Prosser
6619 Ridge Avenue
Unit 107
Philadelphia, PA 19128

WILLIAM C. MILLER, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

      Robertson, Anschutz, Schneid & Crane LLC
      Attorney for Secured Creditor
      10700 Abbott's Bridge Road, Suite 170

        Duluth, GA 30097
        Telephone: 470-321-7112
        Facsimile: 404-393-1425

        By: /s/Charles Wohlrab
        Charles Wohlrab, Esquire
        Pennsylvania Bar Number 314532
        Email: CWohlrab@rascrane.com

Date: July 20, 2020