# CHANGE IN TERMS ADDENDUM TO AGREEMENT OF SALE CTA

This form recommended and approved for, but not restricted to use by, the members of the Pennsylvania Association of Realtors® (PAR).

1 **PROPERTY** 4901 N Lawrence St          Philadelphia          PA    19120
2 **SELLER** Taynia Prosser
3 **BUYER** Augustus Mitchell, Dana Grose

4 **The following terms of the Agreement of Sale are changed as stated below:**

5 **1. REPAIRS**
6 Seller, at Seller's expense, will complete the following repairs no later than _____ days prior to Settlement Date (prior to
7 settlement, if not specified), in a workmanlike manner, with all required permits, according to the attached contractor's proposal(s),
8 if any, the terms of which, including the persons and specifications contained therein, shall become part of this Agreement:

24 **2. SELLER ASSIST**
25 Seller Assist is changed to $_____, or _____% of the Purchase price, maximum, toward Buyer's costs as per-
26 mitted by the mortgage lender, if any. Seller is only obligated to pay up to the amount or percentage which is approved by mortgage
27 lender.

28 **3. PURCHASE PRICE**
29 Purchase Price is changed from $ 115,000 to $ 95,000.

30 **4. ACCEPTANCE & SETTLEMENT**
31 (A) Written acceptance of all parties will be on or before: _____
32 (B) Settlement Date is changed from _____ to _____

33 **5. MORTGAGE TERMS**
34 (A) **Mortgage Type** is changed from _____ to _____
35 (B) **Mortgage amount**
36    1. First mortgage amount is changed from $_____ to $_____
37    2. Second mortgage amount is changed from $_____ to $_____
38 (C) **Mortgage Lender**
39    1. First mortgage lender is changed to _____
40    2. Second mortgage lender is changed to _____
41    3. Buyer will submit a completed, written mortgage application to the identified lender(s), if any, according to the terms of the
42       Mortgage Contingency paragraph of the Agreement of Sale on or before: _____
43 (D) **Loan-To-Value (LTV) ratio** (For conventional loans)
44    First mortgage LTV ratio not to exceed _____%    Second mortgage LTV ratio not to exceed _____%
45 (E) **Date for Buyer to deliver documentation** of lender's approval of Buyer's mortgage, whether conditional or outright, is
46    changed from _____ to _____

47 Buyer Initials: _AM_ _DG_          CTA Page 1 of 2          Seller Initials: _TP_

Pennsylvania Association of Realtors®

**COPYRIGHT PENNSYLVANIA ASSOCIATION OF REALTORS® 2020**
rev. 3/20; rel. 3/20

6. **TIME PERIODS**

(A) The time period in paragraph _____ , line _____ of Agreement of Sale is changed to _____ .
    The time period in paragraph _____ , line _____ of Agreement of Sale is changed to _____ .
    The time period in paragraph _____ , line _____ of Agreement of Sale is changed to _____ .
    The time period in paragraph _____ , line _____ of Agreement of Sale is changed to _____ .
    The time period in paragraph _____ , line _____ of Agreement of Sale is changed to _____ .

(B) The time period in paragraph _____ , line _____ of the _____ Addendum is changed to _____ .
    The time period in paragraph _____ , line _____ of the _____ Addendum is changed to _____ .
    The time period in paragraph _____ , line _____ of the _____ Addendum is changed to _____ .
    The time period in paragraph _____ , line _____ of the _____ Addendum is changed to _____ .
    The time period in paragraph _____ , line _____ of the _____ Addendum is changed to _____ .

7. **OTHER**

_____
_____
_____
_____
_____
_____
_____
_____

All other terms and conditions of the Agreement, including all other time periods, remain unchanged and in full force and effect.

| | | |
|---|---|---|
| BUYER _Augustus Mitchell_ (DocuSigned 254305C2290E4EE...) | DATE | 11/22/2020 \| 7:19 AM PST |
| BUYER _(signature)_ | DATE | 11/22/2020 \| 9:58 AM EST |
| BUYER _(DocuSigned 3195D14CF14746C...)_ | DATE | |
| SELLER _(signature)_ (DocuSigned 4D26FB627E06467...) | DATE | 11/22/2020 \| 9:38 AM PST |
| SELLER _____ | DATE | |
| SELLER _____ | DATE | |