```
                UNITED STATES BANKRUPTCY COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

January 7, 2021

To:
BRAD J. SADEK
Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 19107

                                       In re: **Taynia Prosser**
                                       Bankruptcy No. **20-12680**
                                       Adversary No.
                                       Chapter **13**

     Re **Application for Compensation**

The above pleading was filed in this office on **August 31,2020.**
Please be advised that the following document(s) has (have) not
been filed as required pursuant to the Federal Rules of
Bankruptcy Procedure and/or the Local Rules of this court:

         ( )     Affidavit
         ( )     Certificate of Service
         (**x**)    Certification of no response
         ( )     Notice pursuant to Rule 9019
         ( )     Notice pursuant to Rule 2002
         ( )     Notice pursuant to Rule 3007.1
         ( )     Proof of Claim number not noted on
                     objection pursuant to Rule 3007.1(a)
         ( )     Proposed Order
         ( )     Stipulation
         ( )     Certification of Default
         ( )     Other

In order for this matter to proceed to disposition, please submit
the above noted item(s) to this office within fourteen (14) days
from the date of this notice.  Otherwise, the matter will be
referred to the Court.

                                       Timothy B. McGrath
                                       Clerk


                                 By:    __J. Gilmore_____
                                          Deputy Clerk

status.frm
(rev. 11/26/2018)